FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 17 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

In the Matter of KENNETH B. CARNESI,
an Attorney and Counselor-at-Law.

MC-05- 007 (ERK)

ORDER

Respondent.

-------------------------------------------------X

An order having been entered in the Supreme Court of the State of New York, Appellate Division, SECOND Judicial Department, accepting resignation of and removing respondent from the roll of attorney's in the State of New York,

IT IS ORDERED, pursuant to Local Rule 1.5 that respondent, be and hereby is disbarred from the practice of law before this Court and that respondent's name be stricken from the Roll of Attorneys of this Court. This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

SO ORDERED.

Dated : Brooklyn, New York
May 10, 2005

s/Edward R. Korman
-----------------------------
Edward R. Korman, Chief Judge
and Chairman of the Committee on
Grievances, E.D.N.Y.